IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 10-cr-30118-DRH |
| ) | |
| MICHAEL LENTINE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**HERNDON, Chief Judge:**

This matter is before the Court on the Motion of the United States pursuant to Rule 17(c)(1) of the Federal Rules of Criminal Procedure and the All Writs Act, 28 U.S.C. §1651, for an order compelling Barclays Bank Delaware to produce certain documents described in a trial subpoena prior to the sentencing hearing.

The Court finds that the government's motion is well taken and the same is GRANTED. IT IS HEREBY ORDERED that Barclays Bank Delaware produce the requested documents to the attorney for the government, Bruce Reppert, Assistant U.S. Attorney, 9 Executive Drive, Fairview Heights, Illinois 62208 on or before December 17, 2010.

**IT IS SO ORDERED**.

David R. Herndon
2010.11.15 12:30:30
-06'00'

DAVID R. HERNDON
Chief Judge
United States District Court