I	IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO.  10-CR-30118-DRH-2 |
| vs. | ) | |
| | ) | |
| MICHAEL LENTINE, | ) | |
| | ) | |
| Defendant. | ) | |

HERNDON, Chief Judge

## ORDER

Upon motion of the government, Counts 4 and 5 of the Indictment are hereby dismissed with prejudice.

IT IS SO ORDERED.

Signed this 7th day of January, 2011.

David R. Herndon
2011.01.07
14:19:45 -06'00'

Chief Judge
United States District Court